# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

SANDRA JEAN VALENCIA,

          Petitioner,

v.                    **ORDER**
                    Criminal File No. 03-288 (MJD/JGL)
                    Civil File No. 05-968 (MJD/JGL)

UNITED STATES OF AMERICA,

          Defendant.

_____

On June 24, 2005, this Court issued an Order denying Petitioner's Motion to Vacate, Set Aside, or Correct her Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 70]. [Docket No. 73] On July 5, 2005, Petitioner Sandra Jean Valencia filed a pro se reply in support of her motion. The Court has reviewed Petitioner's reply and concludes that its June 24 Order still stands. Petitioner raises only one new issue in her reply: she alleges that, at her plea hearing, the Court informed her that she waived her right to file a direct appeal. In fact, the Court informed Petitioner that she would not be able to appeal the issue of whether there was a factual basis for her plea. See, e.g., United States v. Kempis-Bonola, 287 F.3d 699, 701 (8th Cir. 2002) ("By entering an unconditional guilty plea, a criminal defendant waives the right to appeal all nonjurisdictional defects.").

1

**IT IS HEREBY ORDERED** that the Court's Order of June 24, 2005 [Docket

No. 73] remains unchanged.

Dated: September 1, 2005                    s/ Michael J. Davis
                                            Judge Michael J. Davis
                                            United States District Court